# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: SESSIONS OF THE SUPREME : No. 459 Judicial Administration Docket
COURT OF PENNSYLVANIA :
FOR THE YEAR 2017 :
:

# ORDER

**PER CURIAM**

      **AND NOW**, this this 19th day of January, 2016 it is ordered that the argument/administrative sessions of the Supreme Court of Pennsylvania shall be held in the year 2017 as follows:

| | |
|---|---|
| Philadelphia (Administrative Session) | February 6th |
| Philadelphia | March 6th through March 10th |
| Harrisburg | March 27th (Administrative Session) |
| Pittsburgh | April 3rd through April 7th |
| Harrisburg | May 8th through May 12th |
| Pittsburgh (Administrative Session) | June 5th |
| Philadelphia | September 11th through September 15th |
| Pittsburgh | October 16th through October 20th |
| Harrisburg | November 27th through December 1st |

      Additional argument/administrative sessions may be scheduled as the Court deems necessary.